UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Melanie Damian
                  Plaintiff,

v.                                              Case No.: 1:21−cv−02371
                                                         Honorable Thomas M. Durkin

Pepperdine University
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 27, 2021:

       MINUTE entry before the Honorable Sunil R. Harjani: Preliminary settlement discussion set for 9/7/21 is reset to 9/8/21 at 11:30 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.