**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Melanie Damian

                     Plaintiff,

v.                                                  Case No.: 1:21−cv−02371
                                                   Honorable Thomas M. Durkin

Pepperdine University

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 8, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Preliminary settlement discussion held. The Court will hold a virtual settlement conference in this case. The parties shall email the settlement conference email box by 9/9/21 with three proposed dates for the conference. Details will follow. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.