## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Melanie Damian

                     Plaintiff,

v.                                           Case No.: 1:21−cv−02371
                                                        Honorable Thomas M. Durkin

Pepperdine University

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 7, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Virtual settlement conference held. The parties need more time to consider the Court's thoughts on this case and to discuss it internally. Plaintiff shall submit further information as discussed at the conference by 10/11/21 via the Court's settlement conference email box. Settlement discussion by telephone set for 10/29/21 at 11:00 a.m. Lead counsel and the client representatives that appeared at the settlement conference shall attend. Lead counsel are instructed to promptly call into the Court's conference call−in number at (888) 684−8852, and use Access Code 7354516. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.