**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MELANIE E. DAMIAN, AS RECEIVER OF TODAY'S GROWTH CONSULTANT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEPPERDINE UNIVERSITY, <br><br> Defendant. | Case No. 1: 21-cv-02371 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Melanie E. Damian, as Receiver of Today's Growth Consultant, Inc. (d/b/a The Income Store) and Defendant, Pepperdine University, by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Settlement and Release Agreement entered into on May 1, 2023 and approved by the District Court in the underlying enforcement action, *SEC v. Today's Growth Consultant, Inc. (d/b/a The Income Store), et al.*, on May 23, 2023 [Case No. 19-cv-08454 at ECF No. 275], hereby stipulate to a dismissal with prejudice of Plaintiff's claims against Pepperdine University in the above-referenced matter with each party to bear its own attorneys' fees and costs.

\*\*\*

Dated: June 8, 2023.                                Respectfully submitted,

/s/ Kenneth Dante Murena
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
*General Admission to N.D. Ill.*
DAMIAN VALORI CULMO
1000 Brickell Avenue, Ste. 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
kmurena@dvllp.com
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*

/s/ James R. Shultz
James R. Shultz, Esq.
Illinois ARDC No. 6304006
TUCKER ELLIS LLP
233 South Wacker Drive, Ste. 6950
Chicago, Illinois 60606
Telephone: (312) 256-9401
Facsimile: (312) 624-6309
jay.shultz@tuckerellis.com
*Counsel for Pepperdine University*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on June 8, 2023 on all counsel or parties who have appeared in the above-styled action.

/s/ Kenneth Dante Murena
Kenneth Dante Murena
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*